Daniel J. O'Connor (motion for *pro hac vice* pending)
Omar D. Galaria (motion for *pro hac vice* pending)
**Baker & McKenzie LLP**
300 E. Randolph Street
Chicago, IL 60601
Telephone: +1 312 861 8000
Facsimile: +1 312 925 7153
Daniel.O'Connor@bakermckenzie.com
Omar.Galaria@bakermckenzie.com

Todd G. Friedland (SBN 187022)
J. Gregory Dyer (SBN 218385)
**Stephens Friedland LLP**
4695 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: +1 949.468.3200
Facsimile: +1 949.468.3201
todd@sf-lawyers.com
greg@sf.lawyers.com

Attorneys for Non-Party HiMax Imaging Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>Defendant. | CV13- 02176 SJO (FFMx)<br><br>Related Action Pending in the United States Court for the Northern District of California (3:12-cv-2099)<br><br>**DISCOVERY MATTER**<br><br>**NON-PARTY HIMAX IMAGING CORP.'S NOTICE OF MOTION FOR AN ORDER QUASHING ROUND ROCK'S SUBPOENA *DUCES TECUM***<br><br>Date: APRIL 29, 2013<br>Time: 10:00 AM<br>Courtroom: 1<br>Judge: S. JAMES OTERO |

FILED
2013 MAR 26 PM 4:37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

COPY

1 **PLEASE TAKE NOTICE THAT** on _____, or as soon thereafter as this matter may be heard in Courtroom ___ of the above-entitled Court, located at _____, Non-Party Himax Imaging Corporation (Himax Imaging) will and hereby does move, pursuant to Local Rules 45 and 37, for an order quashing a subpoena *duces tecum*, which was served by Round Rock Research, LLC on Himax Imaging. The subpoena issued in the United States District Court for the Central District of California under Federal Rule of Civil Procedure 45. The proposed pleadings are attached as Exhibits 1-12 to the concurrently-filed declaration of Daniel O'Connor.

This motion is based on this notice, the attached Joint Stipulation Relating to Himax's objections to Round Rock's Subpoena *Duces Tecum*, the accompanying declarations of Daniel O'Connor and J.S. Chou and associated exhibits, the accompanying proposed order, the pleadings and records on file in the action, other matters of which the Court may take judicial notice, and such matters as may be presented at or before the hearing on the motion.

This motion is made following a conference of counsel conducted pursuant to Local Rule 7-3 which took place on February 12, 2013, and March 12, 2013

Dated: March 26, 2013

Respectfully submitted:
**STEPHENS FRIEDLAND LLP**

By: _____
J. Gregory Dyer
Attorneys for Non-Party Himax Imaging Corp.