| | |
|---|---|
| 1 | Daniel J. O'Connor |
| | Omar D. Galaria |
| 2 | **Baker & McKenzie LLP** |
| | 300 E. Randolph Street |
| 3 | Chicago, IL 60601 |
| | Telephone: +1 312 861 8000 |
| 4 | Facsimile:  +1 312 925 7153 |
| | Daniel.O'Connor@bakermckenzie.com |
| 5 | Omar.Galaria@bakermckenzie.com |
| 6 | Todd G. Friedland (SBN 187022) |
| | J. Gregory Dyer (SBN 218385) |
| 7 | **Stephens Friedland LLP** |
| | 4695 MacArthur Court, Suite 310 |
| 8 | Newport Beach, CA 92660 |
| | Telephone: +1 949.468.3200 |
| 9 | Facsimile: +1 949.468.3201 |
| | todd@sf-lawyers.com |
| 10 | |
| | Attorneys for Non-Party HiMax Imaging Corp. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASUS COMPUTER INTERNATIONAL, | | **CASE NO.: CV13-02176 SJO (FFMx)** |
| | | **Magistrate Frederick F. Mumm** |
| Plaintiff, | | **Related Action Pending in the United States Court for the Northern District of California (3:12-cv-2099)** |
| v. | | |
| ROUND ROCK RESEARCH, LLC, | | **DISCOVERY MATTER** |
| | | **DECLARATION OF J.S. CHOU** |
| Defendant. | | Date:        May 14, 2013 |
| | | Time:        10:00 a.m. |
| | | Courtroom:   E |
| | | Judge:       Frederick F. Mumm |

## DECLARATION

1. I, J.S. Chou, am the manager of the IP Department, Himax Technologies, Inc, 10F, N. 1, Siangyang Road, Taipei 10046, Taiwan. I have direct knowledge of the facts stated in this Declaration.

2. I understand that Round Rock Research, LLC has served a subpoena on Himax Imaging in Irvine, California, in the matter of *ASUS v. Round Rock*. I understand that the subpoena identifies the following two products: (1) a "Himax HM2050 image sensor" and (2) a "RTS520D PC camera application controller."

3. The "RTS520D PC camera application controller" is not a product that is manufactured or sold by any Himax entity.

4. The Himax HM2050 is manufactured in Taiwan by a contract manufacturer, not by any Himax entity. It is sold in Taiwan to AzureWave, Taiwanese company. It is not manufactured, sold, or offered for sale in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*JS Chou*

J.S. Chou

Dated: March 13, 2013