UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2176 SJO (FFMx) | Date | May 14, 2013 |
|---|---|---|---|
| Title | ASUS COMPUTER INTERNATIONAL, ET AL., v. ROUND ROCK RESEARCH | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | CS 05/14/13 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Non-Party Movant: | Attorneys Present for Defendant: |
|---|---|
| Omar Galaria | Lauren Nowiesrski |
| D. James Pak | Peter Chang |

**Proceedings:** **NON-PARTY HIMAX IMAGING'S MOTION TO QUASH**

Case called. Counsel make appearance. Court hears arguments.

Motion to quash is taken under submission.

|  | : | 34 |
|---|---|---|
| Initials of Preparer | | JM |